Case 2:23-cv-00036   Document 16   Filed on 06/20/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LEANDRO GONZALES, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 2:23-CV-00036 |
| LB & B ASSOCIATES, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the stipulation to dismiss with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 15); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney's fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
      June 20, 2023